PER CURIAM.

James D. Montgomery, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Robert Brown, Defendant-Appellant.

(No. 58556;

First District (2nd Division)—December 24, 1974.

PER CURIAM.

Mel Cahan, of Chicago (Henry A. Gentile, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Frank J. Perkerson, Assistant State's Attorneys, of counsel), for the People.

DR. ARTURO RIOS *et al.*, Plaintiffs-Appellant, *v.* NOLAN B. JONES *et al.*, Defendants-Appellees, Cross-Appellants.

(No. 59965;

First District (1st Division)—December 27, 1974.